DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE WITHERSPOON, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D17-3303 and 17-3304

[June 14, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case Nos. 502016CF010088AXXXMB and 502016CF009746AXX.

Jack A. Fleischman of Fleischman & Fleischman, P.A., West Palm Beach, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE E., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***